# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:16-cr-388 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CECIL J. ROTNEM, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 11, 2023[1]. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on September 18, 2023. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on September 18, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on October 13, 2023. Present were the following: Assistant United States Attorney Jason Katz, representing the

---

[1] Supplemental Violation Reports containing updated information were filed on August 28, 2023, and October 12, 2023.

United States; Attorney Edward Bryan, representing the defendant; the defendant Cecil J. Rotnem and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 months. The defendant is instructed to report to the U.S. Marshal by 2:00 p.m. on October 13, 2023.

Following release from BOP custody, the defendant shall be placed on supervised release for a period of 2 years under the same terms and conditions originally imposed.

**IT IS SO ORDERED**.

Dated: October 13, 2023

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**