# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:16-cr-388 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CECIL J. ROTNEM, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on July 9, 2025[1]. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on July 23, 2025. The defendant admitted to the following violations:

1. Possession of Illicit Substances; and
2. Alcohol Use.

The magistrate judge filed a report and recommendation on July 23, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on August 13, 2025. Present were the following: Assistant United States Attorney Jason Katz, representing the

---

[1] A supplemental violation report was filed on July 24, 2025, to provide an update to the Court on the violations.

United States; Attorney J. Reid Yoder, representing the defendant; the defendant Cecil J. Rotnem and United States Probation Officer Candice Bryant.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the sentencing is continued until further order of the Court, to give the defendant an opportunity to demonstrate that he can remain in compliance of his supervised release conditions. The U.S. Probation Officer is directed to update the Court if any additional violations occur, at which time further supervised release proceedings will be scheduled, including a sentencing hearing.

Additionally, by agreement of the parties, IT IS FURTHER ORDERED that the defendant's supervised release is modified to include the following additional conditions:

**Destruction of Property**: The defendant is to destroy the Mars Hydro Grow Tent as described in the Violation Report.

**Alcoholics Anonymous**: You must participate in an alcohol addiction treatment program, two days a week and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS SO ORDERED**.

Dated: August 13, 2025

_____
**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**